```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------X   ELECTRONICALLY FILED
                                                :   DOC #:
DALE CLAUSEN, et al.                            :   DATE FILED: 12/10/2019
                                  Plaintiffs,   :
                                                :   19 Civ. 8837 (LGS)
            -against-                           :
                                                :             ORDER
WOODBOLT DISTRIBUTION, LLC,                     :
                                                :
                                  Defendant.    :
------------------------------------------------:
                                                X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial conference is set for December 12, 2019, at 10:30 A.M. (Dkt No. 10). It is hereby

**ORDERED** that the initial conference is adjourned to December 12, 2019, at 5:30 P.M.

Dated: December 10, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**