```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DALE CLAUSEN, et al.                                        :
                                Plaintiffs                  :
                                                            :      19 Civ. 8837 (LGS)
            -against-                                       :
                                                            :           ORDER
WOODBOLT DISTRIBUTION, LLC,                                 :
                                Defendant.                  :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter took place on December 12, 2019. It is hereby

**ORDERED** that, by December 20, 2019, Defendant shall file a letter stating whether it intends to file a motion to dismiss. If yes, the letter shall include a proposed briefing schedule that both parties support.

The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

Dated: December 16, 2019
       New York, New York

_____
            LORNA G. SCHOFIELD
         UNITED STATES DISTRICT JUDGE