**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

December 20, 2019

100 WALL STREET
NEW YORK, NY 10005
(212) 687-0100

**Via CM/ECF**

**JUDI ABBOTT CURRY**

DIRECT:   (212) 313-5404
FAX:      (212) 687-0659
JCURRY@HARRISBEACH.COM

Hon. Lorna G. Schofield
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re: Dale Clausen and Timothy Duncan v. Woodbolt Distribution, LLC
>     d/b/a Nutrabolt
>     1:19-cv-08837 (LGS)

Dear Judge Schofield:

On behalf of defendant Woodbolt Distribution, LLC d/b/a Nutrabolt ("Woodbolt"), the undersigned submits this correspondence pursuant to discussions at the Initial Pretrial Conference held on December 12, 2019 and Judge Schofield's December 16, 2019 Order, to advise that defendant does not intend to file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(6) and 9(b).  Defendant will file its Answer to the Plaintiffs' Complaint forthwith.

Very truly yours,

*Judi Abbott Curry*

Judi Abbott Curry