```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                              :
DALE CLAUSEN, et al.                          :
                      Plaintiffs              :
        -against-                             :
                                              :     20 Misc. 186 (LGS)
GENERAL NUTRITION CORPORATION,                :
                      Defendant.              :     ORDER
------------------------------------------------------------- :
DALE CLAUSEN, et al.                          :
                      Plaintiffs              :
        -against-                             :     19 Civ. 8837 (LGS)
                                              :
WOODBOLT DISTRIBUTION, LLC,                   :     ORDER
                      Defendant.              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 23, 2019, Plaintiffs filed a civil action in this district. 19 Civ. 8837 at ECF 1. The First Amended Civil Case Management Plan provides that fact discovery ends on June 23, 2020, and expert discovery ends on August 8, 2020. *Id*. at ECF 30;

WHEREAS, on March 27, 2020, Plaintiffs filed a motion to compel a third-party subpoena as a misc. action in the Western District of Pennsylvania. 20 Misc. 186 at 1. On August 8, 2020, this action was transferred to the Southern District of New York. *Id*. at 7. It is hereby

**ORDERED** that Plaintiffs and General Nutrition Corporation shall, no later than **April 22, 2020**, meet and confer about Plaintiffs' subpoena request. On **April 22, 2020**, the parties shall file a joint letter in the civil action updating the Court on progress resolving the discovery dispute. The letter shall include the parties' respective positions if any disagreement remains. The letter shall not exceed six pages, single-spaced.

Dated: April 10, 2020
      New York, New York

                                                  LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2020