UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                 :
DALE CLAUSEN, et al.,                      :
                         Plaintiff,   :
             -against-               :          19 Civ. 8837 (LGS)
                                                 :
WOODBULT DISTRIBUTION, LLC,         :          **ORDER**
                              Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a conference was held on May 14, 2020, regarding Defendant Woodbolt Distribution, LLC's letter requesting to file a motion to transfer under 28 U.S.C. § 1404(a). ECF 41. It is hereby

        **ORDERED** that for the reasons stated at the conference, this case is transferred to the United States District Court for the Western District of Texas. The Clerk of Court is directed to close this matter and transfer the case to the Western District of Texas.

Dated:  May 14, 2020
           New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE